Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**EUGENE K.,**

            Plaintiff,

    vs.

Commissioner of Social Security
Administration,

            Defendant.
_____

Civil No. 6:22-CV-00163-MC

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

      Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the amount of $2,523.50.  The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

       IT IS SO ORDERED this day of January __10th__, 2025

                                       __s/Michael J. McShane__
                                    U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
         Sherwood J. Reese, OSB #144130
         Of Attorneys for Plaintiff